IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DENBURY RESOURCES INC., *et al.*,[1] | ) ) ) | Case No. 20-33801 (DRJ) |
| Debtors. | ) ) ) | (Jointly Administered) (Emergency Hearing Requested) |

**NOTICE OF AGENDA FOR FIRST DAY HEARING ON FIRST DAY MOTIONS SCHEDULED FOR JULY 31, 2020 AT 7:30 A.M. (PREVAILING CENTRAL TIME), BEFORE THE HONORABLE JUDGE DAVID R. JONES AT THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, AT COURTROOM 400, 515 RUSK STREET, HOUSTON, TEXAS 77002**

**I.   Evidentiary Support for First Day and Confirmation Pleadings.**

   A.   ***First Day Declaration.***   Declaration of Christian S. Kendall, Chief Executive Officer of Denbury Resources Inc., in Support of Chapter 11 Petitions and First Day Motions [Docket No. 3].

   **Status**: This Declaration will be relied upon as evidentiary support for the first day matters listed below.

**II.   Financing Motion.**

   1.   ***DIP Motion.***   Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Granting Liens and Superpriority Claims, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 37].

   **Status**: This matter is going forward.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Denbury Resources Inc. (7835); Denbury Air, LLC (7621); Denbury Brookhaven Pipeline Partnership, LP (6322); Denbury Brookhaven Pipeline, LLC (6471); Denbury Gathering & Marketing, Inc. (6150); Denbury Green Pipeline-Montana, LLC (6443); Denbury Green Pipeline-North Dakota, LLC (7725); Denbury Green Pipeline-Riley Ridge, LLC (2859); Denbury Green Pipeline-Texas, LLC (2301); Denbury Gulf Coast Pipelines, LLC (0892); Denbury Holdings, Inc. (1216); Denbury Onshore, LLC (7798); Denbury Operating Company (7620); Denbury Pipeline Holdings, LLC (0190); Denbury Thompson Pipeline, LLC (0976); Encore Partners GP Holdings, LLC (N/A); Greencore Pipeline Company, LLC (9605); Plain Energy Holdings, LLC (0543). The location of Debtor Denbury Resources Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5320 Legacy Drive, Plano, Texas 75024.

**III.** **Scheduling Motion.**

2. ***Scheduling Motion.*** Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Scheduling A Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Disclosure Statement, (III) Establishing Plan and Disclosure Statement Objection and Reply Deadlines and Related Procedures, (IV) Approving the Solicitation Procedures, (V) Approving the Combined Notice, and (VI) Waiving the Requirements That the U.S. Trustee Convene A Meeting of Creditors and the Debtors File Schedules and Sofas [Docket No. 26].

    <u>Status</u>: This matter is going forward.

**IV.** **First Day Pleadings.**

3. ***Creditor Matrix Motion.*** Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated List of Creditors and a Consolidated List of the 50 Largest Unsecured Creditors, (II) Waiving the Requirement to File a List of Equity Security Holders, (III) Authorizing the Debtors to Redact Certain Personal Identification Information, and (IV) Granting Related Relief [Docket No. 5].

    <u>Status</u>: This matter is going forward.

4. ***Wages Motion.*** Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 8].

    <u>Status</u>: This matter is going forward.

5. ***Taxes Motion.*** Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Docket No. 12].

    <u>Status</u>: This matter is going forward.

6. ***Cash Management Motion.*** Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts, (B) Continue to Perform Intercompany Transactions, and (C) Maintain Existing Business Forms and (II) Granting Related Relief [Docket No. 9].

    <u>Status</u>: This matter is going forward.

7. ***Surety Bond Motion.*** Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Debtors to Continue Their Surety Bond Program and (II) Granting Related Relief [Docket No. 14].

**Status**: This matter is going forward.

8. ***Insurance Motion.*** Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, and (II) Granting Related Relief [Docket No. 25].

   **Status**: This matter is going forward.

9. ***Utilities Motion.*** Debtors' <u>Emergency</u> Motion for Entry an Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, (IV) Authorizing Certain Fee Payments for Services Performed, and (V) Granting Related Relief [Docket No. 13].

   **Status**: This matter is going forward.

10. ***Lienholders Motion.*** Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Specified Lienholder and Other Trade Claims, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief [Docket No. 6].

    **Status**: This matter is going forward.

11. ***Hedging Motion.*** Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Perform Under and/or Amend Prepetition Hedges, (B) Enter Into, and Perform Under Postpetition Hedges, (C) Grant Liens and Superpriority Administrative Expense Claims, and (II) Granting Related Relief [Docket No. 27].

    **Status**: This matter is going forward.

12. ***Royalty Motion.*** Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing Mineral Payments, Working Interest Disbursements, and Non-Operating Working Interest Expenses and (II) Granting Related Relief [Docket No. 11].

    **Status**: This matter is going forward.

13. ***Equity Trading Motion.*** Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock, and (II) Granting Related Relief [Docket No. 10].

    **Status**: This matter is going forward.

Houston, Texas
July 31, 2020

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | |
| Vienna F. Anaya (TX Bar No. 24091225) | Joshua A. Sussberg, P.C. (*pro hac vice* admission pending) |
| Victoria Argeroplos (TX Bar No. 24105799) | Christopher J. Marcus, P.C. (*pro hac vice* admission pending) |
| | Rebecca Blake Chaikin (*pro hac vice* admission pending) |
| 1401 McKinney Street, Suite 1900 | 601 Lexington Avenue |
| Houston, Texas 77010 | New York, New York 10022 |
| Telephone: (713) 752-4200 | Telephone: (212) 446-4800 |
| Facsimile: (713) 752-4221 | Facsimile: (212) 446-4900 |
| Email: mcavenaugh@jw.com | Email: joshua.sussberg@kirkland.com |
| vanaya@jw.com | christopher.marcus@kirkland.com |
| vargeroplos@jw.com | rebecca.chaikin@kirkland.com |

*Proposed Co-Counsel to the Debtors
and Debtors in Possession*

-and-

David L. Eaton (*pro hac vice* admission pending)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: david.eaton@kirkland.com

*Proposed Co-Counsel to the Debtors
and Debtors in Possession*

**Certificate of Service**

   I certify that on July 31, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                     */s/ Matthew D. Cavenaugh*
                     Matthew D. Cavenaugh