## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| **DENBURY RESOURCES INC., et al.,**[1] | Case No. 20-33801 (DRJ) |
| **Debtors.** | (Jointly Administered) |
|  | **Ref. Docket Nos. 2-18, 25-27, 37-40** |

### <u>AFFIDAVIT OF SERVICE</u>

STATE OF CONNECTICUT )
                           ) ss.:
COUNTY OF HARTFORD )

MARC ORFITELLI, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 31, 2020, I caused to be served the:

   a. "Debtors' Emergency Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief," dated July 30, 2020 [Docket No. 2], (the "Joint Admin Motion"),

   b. "Declaration of Christian S. Kendall, Chief Executive Officer of Denbury Resources Inc., in Support of Chapter 11 Petitions and First Day Motions," dated July 30, 2020 [Docket No. 3], (the "First Day Declaration of Christian S. Kendall"),

   c. "Debtors' Emergency Application for Entry of an Order Appointing Epiq Corporate Restructuring, LLC as Claims, Noticing, Solicitation, and Administrative Agent," dated July 30, 2020 [Docket No. 4], (the "Epiq Retention Application"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: [Denbury Resources Inc. (7835); Denbury Air, LLC (7621); Denbury Brookhaven Pipeline Partnership, LP (7621); Denbury Brookhaven Pipeline, LLC (6471); Denbury Gathering & Marketing, Inc. (6150); Denbury Green Pipeline-Montana, LLC (6443); Denbury Green Pipeline-North Dakota, LLC (7725); Denbury Green Pipeline-Riley Ridge, LLC (2859); Denbury Green Pipeline-Texas, LLC (2301); Denbury Gulf Coast Pipelines, LLC (0892); Denbury Holdings, Inc. (1216); Denbury Onshore, LLC (7798); Denbury Operating Company (7620); Denbury Pipeline Holdings, LLC (0190); Denbury Thompson Pipeline, LLC (0976); Encore Partners GP Holdings, LLC (N/A); Greencore Pipeline Company, LLC (9605); Plain Energy Holdings, LLC (0543).] The location of Debtor Denbury Resources Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5320 Legacy Drive Plano, Texas 75024.

d.   "Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to File A Consolidated List of Creditors and a Consolidated List of the 30 Largest Unsecured Creditors, (II) Waiving the Requirement to File a List of Equity Security Holders,(III) Authorizing the Debtors to Redact Certain Personal Identification Information, and (IV) Granting Related Relief," dated July 30, 2020 [Docket No. 5], (the "Creditor Matrix Motion"),

e.   "Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Specified Lienholder and Other Trade Claims, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief," dated July 30, 2020 [Docket No. 6], (the "Lienholders Motion"),

f.   "Notice of Designation as Complex Chapter 11 Bankruptcy Case," dated July 30, 2020 [Docket No. 7], (the "Notice of Complex Case"),

g.   "Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief," dated July 30, 2020 [Docket No. 8], (the "Wages Motion"),

h.   "Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts, (B) Continue to Perform Intercompany Transactions, and (C) Maintain Existing Business Forms and (II) Granting Related Relief," dated July 30, 2020 [Docket No. 9], (the "Cash Management Motion"),

i.   "Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock, and (II) Granting Related Relief," dated July 30, 2020 [Docket No. 10], (the "NOL Motion"),

j.   "Debtors' Emergency Motion for Entry of an Order (I) Authorizing Mineral Payments, Working Interest Disbursements, and Non-Operating Working Interest Expenses and (II) Granting Related Relief," dated July 30, 2020 [Docket No. 11], (the "Royalty Payments Motion"),

k.   "Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief," dated July 30, 2020 [Docket No. 12], (the "Tax Motion"),

l.   "Debtors' Emergency Motion for Entry of an Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, (IV) Authorizing Certain Fee Payments for Services Performed, and (V) Granting Related Relief," dated July 30, 2020 [Docket No. 13], (the "Utility Motion"),

m. "Debtors' Emergency Motion for Entry of Order (I) Authorizing the Debtors to Continue Their Surety Bond Program and (II) Granting Related Relief," dated July 30, 2020 [Docket No. 14], (the "Surety Bond Motion"),

n. "Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief," dated July 30, 2020 [Docket No. 15], (the "Joint Admin Order"),

o. "Joint Chapter 11 Plan of Reorganization of Denbury Resources Inc. and its Debtor Affiliates," dated July 30, 2020 [Docket No. 16], (the "Joint Chapter 11 Plan"),

p. "Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Denbury Resources Inc. and Its Debtor Affiliates," dated July 30, 2020 [Docket No. 17], (the "Disclosure Statement"),

q. "Order Appointing Epiq Corporate Restructuring, LLC as Claims, Noticing, Solicitation, and Administrative Agent," dated July 30, 2020 [Docket No. 18], (the "Epiq Retention Order"),

r. "Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, and (II) Granting Related Relief," dated July 30, 2020 [Docket No. 25], (the "Insurance Motion"),

s. "Debtors' Emergency Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Disclosure Statement, (III) Establishing Plan and Disclosure Statement Objection and Related Procedures, (IV) Approving the Solicitation Procedures, (V) Approving the Combined Notice, and (VI) Waiving the Requirements That the U.S. Trustee Convene a Meeting of Creditors and the Debtors File Schedules and Sofas," dated July 30, 2020 [Docket No. 26], (the "Scheduling Motion"),

t. "Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Perform Under and/or Amend Prepetition Hedges,  (B) Enter Into, and Perform Under, Postpetition Hedges (C) Grant Liens and Superpriority Administrative Expense Claims, and (II) Granting Related Relief," dated July 30, 2020 [Docket No. 27], (the "Hedging Motion"),

u. "Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing Secured by Senior Priming Liens and (B) Use Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief," dated July 31, 2020 [Docket No. 37], (the "DIP Motion"),

v. "Debtors' Witness and Exhibit List for Hearing Scheduled for July 31, 2020," dated July 31, 2020 [Docket No. 38], (the "Witness List"),

w. "Notice Of Agenda For First Day Hearing On First Day Motions Scheduled For July 31, 2020 At 7:30 A.M. (Prevailing Central Time), Before The Honorable Judge David R. Jones At The United States Bankruptcy Court For The Southern District Of Texas, At Courtroom 400, 515 Rusk Street, Houston, Texas 77002," dated July 31, 2020 [Docket No. 39] (the "First Day Hearing Agenda"), and

x. "Notice of Electronic Hearing," dated July 31, 2020 [Docket No. 40] (the "Notice of Electronic Hearing"),

by causing true and correct copies of the:

i. First Day Hearing Agenda and Notice of Electronic Hearing to be delivered via facsimile to those parties listed on the annexed Exhibit A,

ii. Cash Management Motion, First Day Hearing Agenda, and Notice of Electronic Hearing to be delivered via facsimile to those parties listed on the annexed Exhibit B,

iii. Hedging Motion, First Day Hearing Agenda, and Notice of Electronic Hearing to be delivered via facsimile to those parties listed on the annexed Exhibit C,

iv. Insurance Motion, First Day Hearing Agenda, and Notice of Electronic Hearing to be delivered via facsimile to those parties listed on the annexed Exhibit D,

v. Utility Motion, First Day Hearing Agenda, and Notice of Electronic Hearing to be delivered via facsimile to those parties listed on the annexed Exhibit E,

vi. Joint Admin Motion, First Day Declaration of Christian S. Kendall, Epiq Retention Application, Creditor Matrix Motion, Lienholders Motion, Notice of Complex Case, Wages Motion, Cash Management Motion, NOL Motion, Royalty Payments Motion, Tax Motion, Utility Motion, Surety Bond Motion, Joint Admin Order, Joint Chapter 11 Plan, Disclosure Statement, Epiq Retention Order, Insurance Motion, Scheduling Motion, Hedging Motion, DIP Motion, Witness List, First Day Hearing Agenda, and Notice of Electronic Hearing to be delivered via electronic mail to those parties listed on the annexed Exhibit F,

vii. Cash Management Motion, First Day Hearing Agenda, and Notice of Electronic Hearing to be delivered via electronic mail to those parties listed on the annexed Exhibit G,

viii.    Hedging Motion, First Day Hearing Agenda, and Notice of Electronic Hearing to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit H,</u>

ix.    Surety Bond Motion, First Day Hearing Agenda, and Notice of Electronic Hearing to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit I,</u>

x.    Taxes Motion, First Day Hearing Agenda, and Notice of Electronic Hearing to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit J,</u> and

xi.    Utility Motion, First Day Hearing Agenda, and Notice of Electronic Hearing to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit K.</u>

<u>*/s/ Marc Orfitelli*</u>
Marc Orfitelli

Sworn to before me this
31st day of July, 2020
<u>*/s/ Amy E. Lewis*</u>
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

**EXHIBIT A**

**DENBURY RESOURCES INC.,**
Case No. 20-33801 (DRJ) - Core Facsimile List

| NAME | CONTACT | FAX |
|---|---|---|
| COLORADO OIL AND GAS CONSERV COMMISSION | ATTN: LEGAL DEPARTMENT | 303-894-2109 |
| MISSISSIPPI DEPT OF ENVIRONMENTAL QUALITY | ENVIRONMENTAL QUALITY | 601-961-5349 |
| MISSISSIPPI STATE OIL AND GAS BOARD | ATTN: LEGAL DEPARTMENT | 601-354-6873 |
| MONTANA DEPT OF ENVIRONMENTAL QUALITY | ATTN: LEGAL DEPARTMENT | 406-444-4386 |
| N DAKOTA INDSTRL COMMISS OIL AND GAS DIV | ATTN: LEGAL DEPARTMENT | 701-328-8022 |
| NORTH DAKOTA DEPT OF HEALTH ENVIRONMENTAL HEALTH SECTION | ATTN: LEGAL DEPARTMENT | 701-328-5200 |
| OFFICE OF THE ATTORNEY GENERAL - LA | ATTN: ATTORNEY GENERAL | 225-326-6797 |
| OFFICE OF THE ATTORNEY GENERAL - MS | ATTN: ATTORNEY GENERAL | 601-359-4231 |
| OFFICE OF THE ATTORNEY GENERAL - MT | ATTN: ATTORNEY GENERAL | 406-444-3549 |
| OFFICE OF THE ATTORNEY GENERAL - ND | ATTN: ATTORNEY GENERAL | 701-328-2226 |
| OFFICE OF THE ATTORNEY GENERAL - TX | ATTN: ATTORNEY GENERAL | 512-475-2994 |
| OFFICE OF THE ATTORNEY GENERAL - WY | ATTN: ATTORNEY GENERAL | 307-777-6869 |
| OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY AND COLLECTIONS DIVISION - TX | ATTN: ATTORNEY GENERAL | 512-936-1409 |
| OFFICE OF UNITED STATES TRUSTEE | ATTN: STEPHEN DOUGLAS STATHAM | 713-718-4670 |
| STATE OF COLORADO | ATTN: PHIL WEISER, ATTORNEY GENERAL | 720-508-6030 |
| STATE OF LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY | ATTN: LEGAL DEPARTMENT | 225-219-4068 |
| STATE OF LOUISIANA DEPARTMENT OF HEALTH | ATTN: LEGAL DEPARTMENT | 225-342-5568 |
| STATE OF LOUISIANA OFFICE OF CONSERVATION | ATTN: LEGAL DEPARTMENT | 225-342-3705 |
| STATE OF MISSISSIPPI | ATTN: LYNN FITCH, ATTORNEY GENERAL | 601-359-4231 |
| STATE OF MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY | ATTN: LEGAL DEPARTMENT | 601-354-6612 |
| STATE OF MISSISSIPPI DEPARTMENT OF HEALTH | ATTN: LEGAL DEPARTMENT | 601-576-7634 |
| STATE OF MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY | ATTN: LEGAL DEPARTMENT | 406-444-4386 |
| STATE OF MONTANA DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT | ATTN: LEGAL DEPARTMENT | 406-444-1970 |
| STATE OF NORTH DAKOTA DEPARTMENT OF ENVIRONMENTAL QUALITY | ATTN: LEGAL DEPARTMENT | 701-328-5200 |
| STATE OF NORTH DAKOTA DEPARTMENT OF HEALTH | ATTN: LEGAL DEPARTMENT | 701-328-4727 |
| STATE OF TEXAS DEPARTMENT OF ENVIRONMENTAL QUALITY | ATTN: LEGAL DEPARTMENT | 512-239-4390 |
| STATE OF WYOMING | ATTN: BRIDGET HILL, ATTORNEY GENERAL | 307-777-6869 |
| STATE OF WYOMING DEPARTMENT OF ENVIRONMENTAL QUALITY | ATTN: LEGAL DEPARTMENT | 307-635-1784 |
| STATE OF WYOMING DEPARTMENT OF HEALTH | ATTN: LEGAL DEPARTMENT | 307-777-7439 |
| TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | ATTN: LEGAL DEPARTMENT | 512-239-0606 |
| US EPA, REGION 4 | ATTN: LEGAL DEPARTMENT | 404-562-8174 |
| US EPA, REGION 8 | ATTN: LEGAL DEPARTMENT | 303-312-6339 |
| WYOMING OIL AND GAS CONSERVATION COMMISSION | ATTN: LEGAL DEPARTMENT | 307-234-5306 |
| JPMORGAN CHASE BANK, N.A. | ATTN: MICHELE JONES, ARINA MAVILIAN | 214-965-3280 |

**DENBURY RESOURCES INC.,**
Case No. 20-33801 (DRJ) - Top 30 Facsimile List

| NAME | CONTACT | FAX |
|---|---|---|
| APMTG HELIUM LLC | ATTN: JASON A. NEVILLE, PARTNER | 307-733-5248 |
| D&M SOLUTIONS INC | ATTN: GREG GAUB, GENERAL MANAGER | 406-778-2677 |
| FDL OPERATING LLC | ATTN: JAKE PLUNK, CEO | 855-299-5083 |
| GE OIL & GAS PRESSURE CONTROL LP | ATTN: THOMAS ADAMS , CEO | 281-985-8600 |
| HAWKINS LEASE SERVICE INC | ATTN: THOMAS KIRSCH ,  SUPERINTENDENT | 281-585-4295 |
| STEEL SERVICE OILFIELD TUBULAR INC | ATTN: RON PEDERSON, PRESIDENT | 918-286-1508 |
| TELLUS OPERATING GROUP LLC | ATTN: RICHARD H. MILLS, JR., CEO | 601-898-7445 |
| VA SAULS INC | ATTN: GARY W. SAULS, PRESIDENT | 601-787-3409 |
| WILMINGTON TRUST, NATIONAL ASSOCATION | ATTN: QUINTON M. DEPOMPOLO | 612-217-5651 |
| WILMINGTON TRUST, NATIONAL ASSOCATION | ATTN: QUINTON M. DEPOMPOLO | 612-217-5651 |
| WILMINGTON TRUST, NATIONAL ASSOCATION | ATTN: QUINTON M. DEPOMPOLO | 612-217-5651 |
| WILMINGTON TRUST, NATIONAL ASSOCATION | ATTN: QUINTON M. DEPOMPOLO | 612-217-5651 |
| WRANGLER WELL SERVICE INC | ATTN: TIM DAVIS, PRESIDENT | 307-857-4266 |

# EXHIBIT B

**DENBURY RESOURCES INC.,**

Case No. 20-33801 (DRJ) - Banks Facsimile List

| NAME | CONTACT | FAX |
|---|---|---|
| ARDEN TRUST COMPANY | ATTN: KIM MROZEK, CTFA, VICE | 214-468-8112 |
| JP MORGAN CHASE | ATTN: JOANNE DEBOER, SR. | 214-965-2861 |
| JP MORGAN CHASE | ATTN: SUSIE BECVAR, | 713-216-6927 |
| JP MORGAN CHASE, N.A. | ATTN: JOANNE DEBOER, SR. | 214-965-2861 |
| JP MORGAN CHASE, N.A. | ATTN: SUSIE BECVAR | 713-216-6927 |
| WELLS FARGO BANK, N.A. | ATTN: LEGAL DEPARTMENT | 214-756-7401 |
| WELLS FARGO BANK, N.A. SIERA WASHBURN RELATIONSHIP ASSOCIATE OIL & GAS DIV HOUSTON WELLS FARGO ENERGY GROUP | ATTN: LEGAL DEPARTMENT | 713-319-1904 |

# EXHIBIT C

# DENBURY RESOURCES INC.,

Case No. 20-33801 (DRJ) - Hedge Facsimile List

| NAME | CONTACT | FAX |
|---|---|---|
| ABN AMRO BANK N.V. | ATTN: MARKETS DOCUMENTATION UNIT | 31-10-459-05-38 |
| ABN AMRO SECURITIES (USA) LLC | ATTN:  LEGAL DEPARTMENT | 917-284-6675 |
| CAPITAL ONE, NATIONAL ASSOCIATION | ATTN: CHRISTOPHER F. SWANSON | 855-303-0588 |
| CAPITAL ONE, NATIONAL ASSOCIATION | ATTN: EDWARD IUTERI, | 855-303-0558 |
| COMERICA BANK | ATTN: PETER L. SEFZIK | 214-969-6561 |
| COMERICA BANK, OAKTEC OFFICE CENTER | ATTN: GLOBAL CAPITAL MARKET OPERATIONS | 248-371-6797 |
| FIFTH THIRD BANK | ATTN: TRADE SUPPORT | 513-579-4185 |
| ING CAPITAL MARKETS LLC | ATTN: LEGAL DEPARTMENT | 646-424-6060 |
| J. ARON & COMPANY | ATTN: COMMODITY OPERATIONS | 212-493-9846 |
| J. ARON & COMPANY | ATTN: FX OPERATIONS | 212-428-3338 |
| JP MORGAN CHASE | ATTN: JOANNE DEBOER, SR. | 214-965-2861 |
| JP MORGAN CHASE, N.A. | ATTN: JOANNE DEBOER, SR. | 214-965-2861 |
| ROYAL BANK OF CANADA | ATTN: MANAGING DIRECTOR | 416-842-4839 |
| SUNTRUST BANK | ATTN: FINANCIAL RISK MANAGEMENT, OPERATIONS | 404-926-5826 |
| WELLS FARGO BANK, N.A. | ATTN: DERIVATIVES DOCUMENTATION MANAGER | 877-564-8524 |

# EXHIBIT D

**DENBURY RESOURCES INC.,**

Case No. 20-33801 (DRJ) - Insurance Facsimile List

| NAME | CONTACT | FAX |
|---|---|---|
| ADMIRAL INC CO | ATTN: LEGAL DEPARTMENT | 856-429-8611 |
| AIG | ATTN: LEGAL DEPARTMENT | 866-858-1472 |
| ALLIANZ (WORLDLINK) | ATTN: LEGAL DEPARTMENT | 763-582-6002 |
| ALLIANZ (WORLDLINK) | ATTN: LEGAL DEPARTMENT | 763-765-7912 |
| CHUBB GROUP OF INSURANCE COMPANIES | ATTN: LEGAL DEPARTMENT | 214-754-8129 |
| ENDURANCE AMERICAN INSURANCE COMPANY | ATTN: LEGAL DEPARTMENT | 212-471 1748 |
| ENDURANCE AMERICAN INSURANCE COMPANY | ATTN: LEGAL DEPARTMENT | 212-471 1742 |
| EVEREST NATIONAL INSURANCE COMPANY | ATTN: LEGAL DEPARTMENT | 908-604-3322 |
| EVEREST NATIONAL INSURANCE COMPANY | ATTN: LEGAL DEPARTMENT | 908-604-3322 |
| LIBERTY MUTUAL INSURANCE | ATTN: LEGAL DEPARTMENT | 866-547-4880 |
| LLOYD'S AMERICA, INC. | ATTN: LEGAL DEPARTMENT | 212-382-4070 |

# EXHIBIT E

**DENBURY RESOURCES INC.,**

Case No. 20-33801 (DRJ) - Utilities Facsimile List

| NAME | CONTACT | FAX |
|------|---------|-----|
| CENTERPOINT ENERGY | ATTN: LEGAL DEPARTMENT | 713-207-9347 |

# EXHIBIT F

**DENBURY RESOURCES INC.,**
Case No. 20-33801 (DRJ) - Core Email List

| NAME | EMAIL |
|---|---|
| Akin Gump Strauss Hauer & Feld LLP | mstamer@akingump.com |
| COLORADO STATE LAND BOARD | leann.markham@state.co.us;bill.ryan@state.co.us |
| NORTH DAKOTA DEPT OF HEALTH ENVIRONMENTAL HEALTH SECTION | dglatt@nd.gov |
| OFFICE OF THE ATTORNEY GENERAL - LA | EXECUTIVE@AG.STATE.LA.US |
| OFFICE OF THE ATTORNEY GENERAL - MS | MSAGO5@AGO.STATE.MS.US |
| OFFICE OF THE ATTORNEY GENERAL - MT | CONTACTDOJ@MT.GOV |
| OFFICE OF THE ATTORNEY GENERAL - ND | NDAG@ND.GOV |
| OFFICE OF THE ATTORNEY GENERAL - TX | COMMUNICATIONS@OAG.TEXAS.GOV |
| OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY AND COLLECTIONS DIVISION - TX | jason.binford@oag.texas.gov; abigail.ryan@oag.texas.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | STEPHEN.STATHAM@USDOJ.GOV |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | arosenberg@paulweiss.com; emccolm@paulweiss.com; mturkel@paulweiss.com |
| Securities and Exchange Commission | DFW@SEC.GOV |
| Securities and Exchange Commission | NEWS@SEC.GOV |
| STATE OF COLORADO | CORA.REQUEST@COAG.GOV |
| STATE OF COLORADO DEPT OF PUBLIC HEALTH AND ENVIRONMENT | cdphe.information@state.co.us |
| STATE OF LOUISIANA | ConstituentServices@ag.louisiana.gov |
| STATE OF MISSISSIPPI | webpage@ago.ms.gov |
| STATE OF MISSISSIPPI DEPARTMENT OF HEALTH | web@HealthyMS.com |
| STATE OF MONTANA | ContactDOJ@MT.Gov |
| STATE OF MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY | sheilahogan@mt.gov |
| STATE OF MONTANA DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT | deq@nd.gov |
| STATE OF NORTH DAKOTA | ndag@nd.gov |
| STATE OF NORTH DAKOTA DEPARTMENT OF ENVIRONMENTAL QUALITY | deq@nd.gov |
| STATE OF TEXAS DEPARTMENT OF ENVIRONMENTAL QUALITY | info@tceq.texas.gov |
| STATE OF TEXAS DEPARTMENT OF HEALTH | customer.service@dshs.texas.gov |
| STATE OF WYOMING DEPARTMENT OF ENVIRONMENTAL QUALITY | Wyodeq@wyo.gov |
| TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | Bankruptcy@tceq.texas.gov |
| U.S. Attorney's Office | usatxs.atty@usdoj.gov |
| UNITED STATES FOREST SERVICE | stacy.blomquist@usda.gov |
| US EPA, REGION 8 | r8eisc@epa.gov |
| WYOMING DEPT OF ENVIRONMENTAL QUALITY | Wyodeq@wyo.gov |
| WYOMING OIL AND GAS CONSERVATION COMMISSION | MARK.WATSON@WYO.GOV;TOM.KROPATSCH@WYO.GOV |

# DENBURY RESOURCES INC.,
Case No. 20-33801 (DRJ) - Top 30 Email List

| NAME | EMAIL |
|---|---|
| APMTG HELIUM LLC | NEVILLE@SPENCELAWYERS.COM |
| B&L PIPECO SERVICES INC | STEVE.TAIT@BLPIPECO.COM |
| BAKER HUGHES OILFIELD OPERATIONS INC | LORENZO.SIMONELLI@BHGE.COM |
| BLACK HILLS POWER | LINDEN.EVANS@BLACKHILLSCORP.COM |
| C&J WELL SERVICES INC | RDRUMMOND@CJENERGY.COM |
| D&M SOLUTIONS INC | GREGDM@MIDRIVERS.COM |
| DC VACUUM INC | DCVACUUM2012@YAHOO.COM |
| DNOW LP | DAVID.CHERECHINSKY@DNOW.COM |
| ENDURANCE LIFT SOLUTIONS LLC | DAN.RUNZHEIMER@ENDURANCELIFT.COM |
| ENTERGY | LDENAULT@ENTERGY.COM |
| FDL OPERATING LLC | JPLUNK@FDLENERGY.COM |
| FORTIS ENERGY SERVICES INC | SCENSONI@FORTISENERGYSERVICES.COM |
| GE OIL & GAS PRESSURE CONTROL LP | THOMAS.ADAMS@GE.COM |
| HAWKINS LEASE SERVICE INC | TKIRSCH@HAWKINSLEASESERVICE.COM |
| JACAM CHEMICALS 2013 LLC | GENE.ZAID@JACAM.COM |
| JD RUSH CORPORATION | FRANKS@JDRUSHCORP.COM |
| PUMPELLY OIL ACQUISITION LLC | GLENN.PUMPELLY@RELADYNE.COM |
| REAGAN POWER & COMPRESSION | BREAGAN@REAGANPOWER.COM |
| SPN WELL SERVICES | WPITTMAN@SPNWS.COM |
| STEEL SERVICE OILFIELD TUBULAR INC | RP@STEELSERVICEOILFIELD.COM |
| TELLUS OPERATING GROUP LLC | RMILLS@TELLUSOPERATING.COM |
| WEATHERFORD ARTIFICIAL LIFT SYSTEMS | KARL.BLANCHARD@WEATHERFORD.COM |
| WOOD GROUP PSN INC | BOBBY.BERRY@WOODGROUP.COM |
| WRANGLER WELL SERVICE INC | TIM.DAVIS@WELLDRILLINGCORP.COM |

# EXHIBIT G

**DENBURY RESOURCES INC.,**

Case No. 20-33801 (DRJ) - Banks Email List

| NAME | EMAIL |
|---|---|
| ARDEN TRUST COMPANY | KMROZEK@RELICO.COM |
| BANK OF AMERICA, N.A. | JULIA.A.ERICKSON@BAML.COM |
| JP MORGAN CHASE | ZACH.WOLLMANN@JPMORGAN.COM |
| JP MORGAN CHASE | SUSIE.B.BECVAR@JPMCHASE.COM |
| JP MORGAN CHASE | RENEE.X.GUILLORY@JPMORGAN.COM |
| JP MORGAN CHASE | JOANNE.DEBOER@JPMORGAN.COM |
| JP MORGAN CHASE, N.A. | ZACH.WOLLMANN@JPMORGAN.COM |
| JP MORGAN CHASE, N.A. | SUSIE.B.BECVAR@JPMCHASE.COM |
| JP MORGAN CHASE, N.A. | RENEE.X.GUILLORY@JPMORGAN.COM |
| JP MORGAN CHASE, N.A. | JOANNE.DEBOER@JPMORGAN.COM |
| WELLS FARGO ADVISORS, LLC | LAIRD.JOHNSON@WELLSFARGOADVISORS.COM |
| WELLS FARGO BANK, N.A. | AMY.C.PERKINS@WELLSFARGO.COM |
| WELLS FARGO BANK, N.A. | ALEXANDER.S.GROSE@WELLSFARGO.COM |
| WELLS FARGO BANK, N.A. | AMY.C.PERKINS@WELLSFARGO.COM |
| WELLS FARGO BANK, N.A. SIERA WASHBURN | SIERA.WASHBURN@WELLSFARGO.COM |
| WELLS FARGO WEALTH MANAGEMENT | WMPDCENTRALWEST@WELLSFARGO.COM |
| WEX BANK | WIRE.REMIT@WEXINC.COM |

# EXHIBIT H

**DENBURY RESOURCES INC.,**

Case No. 20-33801 (DRJ) - Hedge Email List

| NAME | EMAIL |
|---|---|
| ABN AMRO BANK N.V. | MDU@NL.ABNAMRO.COM |
| BANK OF AMERICA, N.A. | JULIA.A.ERICKSON@BAML.COM |
| CAPITAL ONE, NATIONAL ASSOCIATION | CHRISTOPHERFSWANSON@CAPITALONE.COM |
| CAPITAL ONE, NATIONAL ASSOCIATION | EDWARD.IUTERI@CAPITALONE.COM |
| J. ARON & COMPANY | JARON@GS.COM |
| J. ARON & COMPANY | FICC-FX-ICON-NYC@NY.EMAIL.GS |
| JP MORGAN CHASE | JOANNE.DEBOER@JPMORGAN.COM |
| JP MORGAN CHASE, N.A. | JOANNE.DEBOER@JPMORGAN.COM |
| SUNTRUST BANK | DERIVOPS@SUNTRUST.COM |

# EXHIBIT I

**DENBURY RESOURCES INC.,**

Case No. 20-33801 (DRJ) - Surety Email List

| NAME | EMAIL |
|---|---|
| | |
| ACE AMERICAN INSURANCE COMPANY | ROBERT.TURRIN@CHUBB.COM; ADRIENNE.LOGAN@CHUBB.COM |
| ADMIRAL INC CO | ADMCLAIMS@ADMIRALINS.COM |
| ALLIED WORLD NATIONAL INSURANCE | INFO@AWAC.COM |
| ALLIED WORLD NATIONAL INSURANCE | KEVIN.MARINE@ALLIEDWORLDRE.COM |
| CRC GROUP | GGODDE@CRCGROUP.COM |
| ENDURANCE AMERICAN INSURANCE COMPANY | ERSSCLAIMS@ENDURANCESERVICESL.COM |
| GREAT AMERICAN INSURANCE GROUP | CONTACTUS@GAIG.COM |
| HISCOX INSURANCE | ENQUIRIES@HISCOX.COM |
| LOCKTON COMPANIES, LLC | HOUCLIENTSRV@LOCKTON.COM |
| MARKEL AMERICAN INSURANCE COMPANY | INVESTORRELATIONS@MARKELCORP.COM. |

**EXHIBIT J**

**DENBURY RESOURCES INC.,**

Case No. 20-33801 (DRJ) - Taxes Email List

| Claimant Name | EMAIL |
|---|---|
| ACTS NOW INC | KERRY@ALIGNINGCHANGE.COM |
| ALABAMA DEPT OF ENVIRONMENTAL | DENBURYSERVICEORDERS@DENBURY.COM |
| BAYBROOK MUD 1 | DENBURYSERVICEORDERS@DENBURY.COM |
| CALCASIEU PARISH POLICE JURY | AMATHESON@CPPJ.NET |
| CARTER COUNTY TREASURER | CCTRS@MIDRIVERS.COM |
| CTI ENVIRONMENTAL SERVICE LLC | AP@CTIRESPONSE.COM |
| DEPARTMENT OF NATURAL RESOURCES | DENBURYPAYABLES@DENBURY.COM |
| ELEMENT MARKETS LLC | CLEHMANN@ELEMENTMARKETS.COM |
| ENERGY WORLDNET INC | ACCOUNTING@ENERGYWORLDNET.COM |
| ENMARK ENERGY INC | DENBURYSERVICEORDERS@DENBURY.COM |
| ENRUD RESOURCES INC | RKATTA@ENRUD.COM |
| FC&E ENGINEERING LLC | PSCHOOLER@FCE-ENGINEERING.COM |
| INTER-MOUNTAIN LABORATORIES INC | LHIRSCHE@IMLINC.COM |
| J E BROUSSARD HEIRS O& G LP | JCBROUSSARD@GTBIZCLASS.COM |
| JE BROUSSARD HEIRS O&G LP | JCBROUSSARDE@GTBIZCLASS.COM |
| KORTERRA INC | CSCHWINDT@KORTERRA.COM |
| MONTANA DEPARTMENT OF ENVIRONMENTAL | DENBURYPAYABLES@DENBURY.COM |
| MONTANA DEPT OF ENVIRONMENTAL QUALITY | DENBURYSERVICEORDERS@DENBURY.COM |
| MORAN RANKIN COUNTY LLC | ERIN@THRASHLAWFIRM.COM |
| NATIONAL BOARD OF BOILER & PRESSURE | ORDERS@NATIONALBOARD.ORG |
| NATIONAL COMPLIANCE MANAGEMENT | MERANDA@NATIONALCOMPLIANCE.COM |
| NATRONA COUNTY WEED AND PEST | MARYNCWP@ALLURETECH.NET |
| NORTH DAKOTA DEPARTMENT OF HEALTH | HEALTH@ND.GOV |
| PIKE COUNTY COOPERATIVE | DENBURYPAYABLES@DENBURY.COM |
| PLAQUEMINES PARISH CLERK OF COURT | TEST@TEST.COM |
| RANKIN COUNTY COOPERATIVE | DENBURYPAYABLES@DENBURY.COM |
| SOUTHERN STATES ENERGY BOARD | PARSON@SSEB.ORG |
| TEXAS COMMISSION ON ENVIRONMENTAL | DENBURYSERVICEORDERS@DENBURY.COM |
| TEXAS TAXPAYERS AND RESEARCH ASSOC | DCRAYMER@TTARA.ORG |
| TRIHYDRO CORPORATION | DWOOD@TRIHYDRO.COM |
| UNITED STATES ENVIRONMENTAL | JIMMYSMITH@USESGROUP.COM |
| US DEPT AGRICULTURE - APHIS | DENBURYPAYABLES@DENBURY.COM |
| WEST POINT CLAY COUNTY ANIMAL | DENBURYSERVICEORDERS@DENBURY.COM |
| WESTERN STATES LAND COMMISSIONERS | DENBURYSERVICEORDERS@DENBURY.COM |
| WETLANDS CAMERON PARISH | SCASSIERE@PNCPA.COM |
| WILKINSON COUNTY SCHOOL DISTRICT | JSIMS@CGAGROUP.COM |
| WYOMING COUNTY COMMISSIONERS ASSOCIATION | CDELANCEY@WYO-WCCA.ORG |
| WYOMING TAXPAYERS ASSOCIATION | WYOTAX@WYOTAX.ORG |

**EXHIBIT K**

**DENBURY RESOURCES INC.,**
Case No. 20-33801 (DRJ) - Utilities Email List

| NAME | EMAIL |
|---|---|
| ARNOLA M DAVIS | STARR@WYINET.COM |
| ATMOS ENERGY MARKETING LLC | TINA.NGUYEN@ATMOSENERGY.COM |
| BEAUREGARD ELECTRIC COOPERATIVE INC | TDAVIS@BECI.ORG |
| BLACK HILLS POWER | CUSTSERV@BLACKHILLSCORP.COM |
| CALCASIEU PARISH WATERWORKS | WD7CAL@YAHOO.COM |
| CENTERPOINT ENERGY | JEWEL.SMITH@CENTERPOINTENERGY.COM; CUSTOMERCHOICE@CENTERPOINTENERGY.COM |
| CENTERPOINT ENERGY SERVICES INC. | DMUNDIE@FVMANAGEMENT.COM |
| CENTRAL ELECTRIC POWER ASSN | DENBURYPAYABLES@DENBURY.COM |
| CENTRAL ELECTRIC POWER ASSOC | SUAPAYMENTS@DENBURY.COM |
| CITY OF BEAUMONT TEXAS | DNEWSOME@CI.BEAUMONT.TX.US |
| CITY OF FRIENDSWOOD | KHAMPTON@FRIENDSWOOD.COM |
| COMSOUTH INC | DENBURYPAYABLES@DENBURY.COM |
| COX COMMUNICATIONS | NICOLE.HARDING@COX.COM |
| DIXIE ELECTRIC MEMBERSHIP CORP | DENBURYPAYABLES@DENBURY.COM |
| DIXIE ELECTRIC POWER | DENBURYSERVICEORDERS@DENBURY.COM |
| ECHOSAT INC | BGRALHEER@ECHOSAT.COM |
| ENTERGY 8105 | JBOOTH5@ENTERGY.COM |
| ENTERGY 8108 | DENBURYPAYABLES@DENBURY.COM |
| GENERAL DATATECH LP | RFOERSTER@GDT.COM |
| GRANITE TELECOMMUNICATIONS | GRANITENET.COM |
| HIGH PLAINS POWER | DWATSON@HIGHPLAINSPOWER.ORG |
| INFLOW COMMUNICATIONS INC | MDOLLOFF@INFLOWCOMMUNICATIONS.COM |
| INTERCONN RESOURCES INC | TADT@INTERCONNRESOURCES.COM |
| JEFF DAVIS ELECTRIC COOP INC | ACCOUNTING@JDEC.COOP |
| LEVEL 3 COMMUNICATIONS LLC | SUAPAYMENTS@DENBURY.COM |
| MAGNOLIA ELECTRIC POWER ASSOC | DENBURYPAYABLES@DENBURYCOM |
| MASERGY CLOUD COMMUNICATIONS INC | TROY.WISE@MASERGY.COM |
| MASERGY COMMUNICATIONS INC | TROY.WISE@MASERGY.COM |
| MCCONE ELECTRIC INC | SUAPAYMENTS@DENBURY.COM |
| MESSAGE MEDIA | RUDY.PONCE@MESSAGEMEDIA.COM |
| MID RIVERS TELEPHONE COOP | MRTC.OBI@MIDRIVERS.COOP |
| MISSISSIPPI POWER | DENBURYSERVICEORDERS@DENBURY.COM |
| MOBILTEX TECHNOLOGIES INC | SMIRET@MOBILTEX.COM |
| MONROE COMMUNICATION INC | RITA@MONROE-COMM.COM |
| MONTANA DAKOTA UTILITIES COMPANY | MDUREVENUEACCOUNTING@MDU.COM |
| MP2 ENERGY LLC | ARMANAGEMENT@MP2ENERGY.COM |
| ONE CALL OF WYOMING | INFO@ONECALLOFWYOMING.COM |
| PHILADELPHIA WATER ASSOCIATION INC | DENBURYSERVICEORDERS@DENBURY.COM |
| POWDER RIVER ENERGY CORPORATION | YVONNEM@PRECORP.COOP |
| QUALITY TECHNOLOGY SVCS. IRVING II LLC | BRENT.CRABLE@QTSDATACENTERS.COM |
| RANGE TELEPHONE COOP INC | CUSTOMERSERVICE@RANGETEL.COOP |
| RT COMMUNICATIONS | CRYSTALK@RTCOM.NET |
| SCANA ENERGY MARKETING INC | SEMIBILLING@SCANA.COM |
| SLOPE ELECTRIC COOP INC | EBILL@SLOPEELECTRIC.COOP |
| SOUND & CELLULAR INC | DENBURYPAYABLES@DENBURY.COM |
| SOUTH ALABAMA UTILITIES | AWALDROP@SOUTHALABAMAUTILITIES.NET |
| SOUTHEAST ELECTRIC COOPERATIVE | VFIX@SEECOOP.COM |
| SOUTHERN BROADBAND LLC | BILLING@3RDCOASTINTERNET.COM |
| SOUTHERN PINE ELECTRIC POWER ASSN | DENBURYSERVICEORDERS@DENBURY.COM |
| SOUTHWEST MISSISSIPPI ELECTRIC | DENBURYPAYABLES@DENBURY.COM |
| TEXICAN NATURAL GAS COMPANY | PAYMENT@TEXICAN.COM |
| TONGUE RIVER ELECTRIC COOP | VICKY.HANKS@DENBURY.COM |
| TOWER COMMUNICATION & | STEVE@TOWERCOM.NET |
| TXU ENERGY | ERIC.CIARKOWSKI@VISTRAENERGY.COM |
| VERSATEL COMMUNICATIONS | MHUDSON@VERSATELCOM.COM |
| WASTE CONNECTIONS INC OF WYOMING | LASHAYT@WCNX.ORG |
| WASTE MANAGEMENT - ALL | JBREAUX@WM.COM |
| WCA WASTE CORPORATION | RBAINUM@WCAMERICA.COM |
| WESTBANK SANITATION | CLARISSA.NEAL@WASTECONNECTIONS.COM |
| YAZOO VALLEY ELECTRIC POWER ASSOC | MNEELY@YAZOOVALLEY.COM |